

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/25/2010

IN RE: §
§
GREEN VALLEY GROWERS, INC. § CASE NO. 09-31630-H3-11
§ CHAPTER 11
DEBTOR §

### AGREED ORDER GRANTING CAPITAL ONE, N.A. RELIEF FROM AUTOMATIC STAY

CAME ON TO BE HEARD, the Joint Motion of Capital One, N.A. and Chapter 11 Trustee for Approval of Agreement Proving for Relief From the Automatic Stay ("Motion"). The Court, having considered the Motion and any response(s) thereto, finds that the notice of the Motion was proper, and is of the opinion that the Motion should be GRANTED; it is therefore

ORDERED, that the Motion is GRANTED; it is further

ORDERED that the agreement of Capital One, N.A. ("Capital One") and Randy W. Williams, Chapter 11 Trustee regarding relief from the automatic stay is approved, such that automatic stay is lifted to allow Capital One to exercise its rights with respect to the Debtor's accounts, inventory, general intangibles and proceeds.

LETITIA Z. PAUL
U.S. BANKRUPTCY JUDGE

DENIED WITHOUT PREJUDICE
No attachment attached
LZP
MAR 2 5 2010

Signatures Continued on Next Page

**AGREED AND ACCEPTED**

JACKSON WALKER, L.L.P.

By:_____
    Bruce J. Ruzinsky
    State Bar Number 17269425
    Chevazz G. Brown
    State Bar Number 24059498
    1401 McKinney Street, Suite 1900
    Houston, Texas 77010
    Telephone: (713) 752-4204
    Telecopier: (713) 308-4155
    Email: bruzinsky@jw.com

THOMPSON & KNIGHT LLP

By:_____
    Allison D. Byman
    State Bar No. 24040773
    333 Clay St., Suite 3300
    Houston, Texas 77002
    Phone: (713) 654-8111
    Fax: (713) 654-1871
    Email: allison.byman@tklaw.com

**ATTORNEY FOR RANDY W. WILLIAMS, TRUSTEE**

5698725v.2 102706/00096