IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GREEN VALLEY GROWERS, INC. | § | CASE NO. 09-31630-H5-7 |
| | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |
| | § | |

## AGREED STIPULATION REGARDING CLAIM NO. 76

The Texas Workforce Commission ("Claimant") filed a proof of claim in the above referenced bankruptcy case ("Bankruptcy Case") on March 20, 2015 in the amount of $2692.51 and which claim is recorded as Claim No. 76 on the claims register in the Bankruptcy Case. Claim No 76 was filed as a post petition, pre-conversion administrative claim, but no motion nor application was filed to allow the claim pursuant to 11 U.S.C. § 503(b)(1)(D). The Trustee has reviewed the claim and agrees that it should be allowed as post petition, pre-conversion chapter 11 administrative claim for the amount filed, $2,692.51. The parties request that the Court enter the attached agreed order approving the stipulation.

DATED: February 7, 2017

Respectfully submitted,

*/s/ Randy W. Williams*
Randy W. Williams, Chapter 7 Trustee
Thompson & Knight LLP
333 Clay St., Suite 3300
Houston, TX 77002
(713) 654-8111
(713) 654-1871 FAX

**CERTIFICATE OF SERVICE**

    I certify that a true copy of the forgoing Trustee's Motion has been served electronically via CM/ECF on the 7th day of February, 2017 on all parties requesting notice in this case.

                                                        */s/ Randy W. Williams*
                                                       Randy W. Williams