

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/01/2017

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GREEN VALLEY GROWERS, INC. | § | CASE NO. 09-31630-H3-11 |
| | § | Chapter 11 |
| Debtor | § | |

### ORDER GRANTING AGREED STIPULATION REGARDING CLAIM NO. 76

CAME ON before this Court the Agreed Stipulation Regarding Administrative Claim No. 76, and the Court after consideration of same, therefore, it is hereby,

**ORDERED, ADJUDGED** and **DECREED** that claim no. 76 filed by the Texas Workforce Commission for $2,692.51 is allowed as a post confirmation, pre-conversion chapter 11 administrative claim.

DATED   February 28, 2017

KAREN K BROWN
United States Bankruptcy Judge